**STATE OF MAINE**                                 **SUPERIOR COURT**
**CUMBERLAND, ss**                                 **CIVIL ACTION**
                                                   Docket No. CV-08-128

BRYAN REPETTO,                          )
                                        )
      Plaintiff,                       )
                                        )
    v.                                  )        **NOTICE OF FILING OF**
                                        )        **NOTICE OF REMOVAL**
ST. MATTHEW'S UNIVERSITY, INC.,         )
                                        )
      Defendant.                       )

      PLEASE TAKE NOTICE that on March 28, 2008, Defendant St. Matthew's University,

Inc. filed in the United States District Court for the District of Maine a Notice of Removal of this

action to Federal Court.  A true and correct copy of the Notice of Removal is attached hereto as

Exhibit A.

Dated:  March 28, 2008

                                   *Christopher P. Silva*

                                   Christopher Silva (ME Bar No. 8934)
                                   EDWARDS ANGELL PALMER & DODGE LLP
                                   111 Huntington Ave.
                                   Boston, MA 02199-7613
                                   Phone:  617.239.0100
                                   Fax:  617.227.4420