SERVICE COPY

STATE OF MAINE

| SUPERIOR COURT | DISTRICT COURT |
|---|---|
| CUMBERLAND , ss. | Location _____ |
| Docket No. CV-08-128 | Docket No. _____ |

BRYAN REPETTO _____ Plaintiff

v.

**SUMMONS**

ST. MATTHEWS UNIVERSITY, INC. Defendant
c/o Corporation Service Company, Registered Agent
45 Memorial Circle _____ Address
Augusta, ME 04330 _____

    The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 205 Newbury Street _____, in the Town/City of Portland _____, County of Cumberland _____, Maine. If you wish to oppose this lawsuit, you or your attorney MUST PREPARE AND SERVE A WRITTEN ANSWER to the attached Complaint WITHIN 20 DAYS from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (Superior) Court, _____
P.O. Box 287 _____, Portland _____, Maine 04112
  (Mailing Address)                             (Town, City)            (Zip)
before, or within a reasonable time after, it is served.

## IMPORTANT WARNING

IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.

    If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: March 7, 2008

_Sally A. Bourget_
Clerk

Barbara L. Goodwin, Esq. _____
(Attorney for) Plaintiff    Murray Plumb & Murray
PO Box 9785 _____ Address
Portland, ME 04104-5085 _____
(207) 773-5651 _____ Telephone

CV-030, Rev. 09/97

3-11-08

This summary sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by the Maine Rules of Court or by law. This form is required for the use of the Clerk of Court for the purpose of initiating or updating the civil docket. (SEE INSTRUCTIONS ON REVERSE)

**I.** County of Filing or District Court Jurisdiction: CUMBERLAND

**II. CAUSE OF ACTION** (Cite the primary civil statutes under which you are filing, if any.) *Pro se* plaintiffs: If unsure, leave blank.

**III. NATURE OF FILING**
- ☑ Initial Complaint
- ☐ Third-Party Complaint
- ☐ Cross-Claim or Counterclaim
- ☐ If Reinstated or Reopened case, give original Docket Number _____
(If filing a second or subsequent Money Judgment Disclosure, give docket number of first disclosure)

**IV.** ☐ TITLE TO REAL ESTATE IS INVOLVED

**V.** MOST DEFINITIVE NATURE OF ACTION. (Place an X in one box only) *Pro se* plaintiffs: If unsure, leave blank.

### GENERAL CIVIL (CV)

**Personal Injury Tort**
- ☐ Property Negligence
- ☐ Auto Negligence
- ☐ Medical Malpractice
- ☐ Product Liability
- ☐ Assault/Battery
- ☐ Domestic Torts
- ☐ Other Negligence
- ☐ Other Personal Injury Tort

**Non-Personal Injury Tort**
- ☐ Libel/Defamation
- ☐ Auto Negligence
- ☐ Other Negligence
- ☑ Other Non-Personal Injury Tort

**Contract**
- ☐ Contract
- ☐ Declaratory/Equitable Relief
- ☐ General Injunctive Relief
- ☐ Declaratory Judgment
- ☐ Other Equitable Relief

**Constitutional/Civil Rights**
- ☐ Constitutional/Civil Rights

**Statutory Actions**
- ☐ Unfair Trade Practices
- ☐ Freedom of Access
- ☐ Other Statutory Actions

**Miscellaneous Civil**
- ☐ Drug Forfeitures

- ☐ Other Forfeitures/Property Libels
- ☐ Land Use Enforcement (80K)
- ☐ Administrative Warrant
- ☐ HIV Testing
- ☐ Arbitration Awards
- ☐ Appointment of Receiver
- ☐ Shareholders' Derivative Actions
- ☐ Foreign Deposition
- ☐ Pre-action Discovery
- ☐ Common Law Habeas Corpus
- ☐ Prisoner Transfers
- ☐ Foreign Judgments
- ☐ Minor Settlements
- ☐ Other Civil

### CHILD PROTECTIVE CUSTODY (PC)
- ☐ Non-DHS Protective Custody

### SPECIAL ACTIONS (SA)
**Money Judgment**
- ☐ Money Judgment Request Disclosure

### REAL ESTATE (RE)

**Title Actions**
- ☐ Quiet Title
- ☐ Eminent Domain
- ☐ Easements
- ☐ Boundaries

**Foreclosure**
- ☐ Foreclosure for Non-pmt (ADR exempt)
- ☐ Foreclosure - Other

**Trespass**
- ☐ Trespass

**Misc. Real Estate**
- ☐ Equitable Remedies
- ☐ Mechanics Lien
- ☐ Partition
- ☐ Adverse Possession
- ☐ Nuisance
- ☐ Abandoned Roads
- ☐ Other Real Estate

### APPEALS (AP) (To be filed in Superior Court) (ADR exempt)
- ☐ Governmental Body (80B)
- ☐ Administrative Agency (80C)
- ☐ Other Appeals

**VI. M.R.Civ.P. 16B Alternative Dispute Resolution (ADR):**
☐ I certify that pursuant to M.R.Civ.P. 16B(b), this case is exempt from a required ADR process because:
- ☐ It falls within an exemption listed above (i.e., an appeal or an action for non-payment of a note in a secured transaction).
- ☐ The plaintiff or defendant is incarcerated in a local, state or federal facility.
- ☐ The parties have participated in a statutory prelitigation screening process with _____ (name of neutral) on _____ (date).
- ☐ The parties have participated in a formal ADR process with _____ (name of neutral) on _____ (date).
- ☐ This is a Personal Injury action in which the plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption from ADR.

CV-001, Rev. 01/02

VII. (a) ☑ PLAINTIFFS (Name & Address including county)
or ☐ Third-Party, ☐ Counterclaim or Cross-Claim Plaintiffs
☐ The plaintiff is a prisoner in a local, state or federal facility.

Bryan E. Repetto
2901 Oakmont Drive
San Bruno, CA 94066
San Mateo County

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) If all counsel listed do NOT represent all plaintiffs,
(If pro se plaintiff, leave blank) specify who the listed attorney(s) represent.

Barbara L. Goodwin, Esq. - Bar No. 8527
Murray Plumb & Murray
PO Box 9785
Portland, ME 04104-5085
(207) 773-5651

VIII. (a) ☑ DEFENDANTS (Name & Address including county)
and/or ☐ Third-Party, ☐ Counterclaim or ☐ Cross-Claim Defendants
☐ The defendant is a prisoner in a local, state or federal facility.

St. Matthew's University, Inc.
Cumberland County

c/o Corpration Service Company
 Registered Agent
45 Memorial Circle
Augusta, ME 04330

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number) If all counsel listed do NOT represent all
(If known) defendants, specify who the listed attorney(s)
represent.

IX. RELATED CASE(S) IF ANY _____

Assigned Judge/Justice _____ Docket Number _____

Date: March 4, 2008    Barbara L. Goodwin, Esq.
                       Name of Lead Attorney of Record or Pro se Party
                       [signature]
                       Signature of Attorney or Pro se Party

c: