# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  Civil Action No. 08-101 |
| | ) |
| ST. MATTHEW'S UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE
## PURSUANT TO LOCAL RULE 83.1

Please enter the appearance of Gail Elise Abbey as counsel for Defendant St. Matthew's University, Inc. in the above case.  Pursuant to Local Rule 83.1, I certify that I am admitted to practice in the State of California; the United States Court of Appeals for the District of Columbia Circuit; the United States Court of Appeals for the Ninth Circuit; the United States District Court for the Eastern District of California; and the United States District Court for the Northern District of California.  I am not under any order of disbarment, suspension, or any other discipline.  I shall at all times be associated with Christopher Silva, Esq. of Boston, Massachusetts, a member of the bar of this court, upon whom all process, notices, and other papers may be served and who shall sign all papers filed with the Court.

Dated:  April 3, 2008

/s/ Gail Elise Abbey
_____
Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone:  617.239.0100
Fax:  617.227.4420

## CERTIFICATE OF SERVICE

  I hereby certify that on April 3, 2008, I electronically filed Entry of Appearance Pursuant to Local Rule 83.1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Barbara L. Goodwin, Esq.
 Murray Plumb & Murray
 PO Box 9785
 Portland, ME 04104-5085
 (207) 773-5651

Dated:  April 3, 2008

            /s/ Gail Elise Abbey
            _____
            Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
            EDWARDS ANGELL PALMER & DODGE LLP
            111 Huntington Ave.
            Boston, MA 02199-7613
            Phone:  617.239.0100
            Fax:  617.227.4420