UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 08-101 |
| | ) |
| ST. MATTHEW'S UNIVERSITY, INC., | ) |
| | ) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT ST. MATTHEW'S UNIVERSITY, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, St. Matthew's University, Inc. ("Defendant") states that it is a nongovernmental corporate party to this action that is a wholly-owned subsidiary of EIC Holding, Inc. No other publicly held corporation owns 10% or more of Defendant's stock.

Dated: April 3, 2008

Respectfully submitted,

/s/ Gail Elise Abbey
_____
Christopher Silva (ME Bar No. 8934)
Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone: 617.239.0100
Fax: 617.227.4420

Attorneys for Defendant
St. Matthew's University, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2008, I electronically filed Corporate Disclosure Statement of Defendant St. Matthew's University, Inc. with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Barbara L. Goodwin, Esq.
    Murray Plumb & Murray
    PO Box 9785
    Portland, ME 04104-5085
    (207) 773-5651

Dated: April 3, 2008

                                        /s/ Gail Elise Abbey
                                        _____
                                        Christopher Silva (ME Bar No. 8934)
                                        Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
                                        EDWARDS ANGELL PALMER & DODGE LLP
                                        111 Huntington Ave.
                                        Boston, MA 02199-7613
                                        Phone: 617.239.0100
                                        Fax: 617.227.4420

                                        Attorneys for Defendant
                                        St. Matthew's University, Inc.