UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 08-101 |
| ST. MATTHEW'S UNIVERSITY, INC., | ) |
|     Defendant. | ) |

**MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Defendant St. Matthew's University, Inc. ("Defendant") moves the Court for a three-week extension to respond to Plaintiff Bryan Repetto's Complaint. The time for responding to the Complaint will expire on April 8, 2008 absent court order. The Complaint raises issues that, in the opinion of counsel, require further investigation. Defendant therefore requests three additional weeks to respond to the Complaint. If the Court grants the present motion, Defendant's response will be due on April 29, 2008. Plaintiff's counsel, Barbara Goodwin, has authorized the undersigned to represent that Plaintiff consents to this extension.

WHEREFORE Defendant moves the Court for an extension of time until April 29, 2008 to respond to Plaintiff's Complaint under Federal Rule of Civil Procedure 6(b)(1)(A).

Dated: April 7, 2008

                                          Respectfully submitted,

/s/ Gail Elise Abbey
_____
Christopher Silva (ME Bar No. 8934)
Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone:  617.239.0100
Fax:  617.227.4420

Attorneys for Defendant
St. Matthew's University, Inc.

## CERTIFICATE OF SERVICE

     I hereby certify that on April 7, 2008, I electronically filed Motion to Enlarge Time To Respond to Plaintiff's Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Barbara L. Goodwin, Esq.
    Murray Plumb & Murray
    PO Box 9785
    Portland, ME 04104-5085
    (207) 773-5651

Dated:  April 7, 2008

                                                    /s/ Gail Elise Abbey
                                                  _____
                                                  Christopher Silva (ME Bar No. 8934)
                                                  Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
                                                  EDWARDS ANGELL PALMER & DODGE LLP
                                                  111 Huntington Ave.
                                                  Boston, MA 02199-7613
                                                  Phone:  617.239.0100
                                                  Fax:  617.227.4420

                                                  Attorneys for Defendant
                                                  St. Matthew's University, Inc.