**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BRYAN REPETTO, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 08-101 |
| | ) |
| ST. MATTHEW'S UNIVERSITY, INC., | ) |
| | ) |
|     Defendant. | ) |

**ENTRY OF APPEARANCE**
**PURSUANT TO LOCAL RULE 83.1**

Please enter the appearance of Daryl J. Lapp as counsel for Defendant St. Matthew's University, Inc. in the above case.  Pursuant to Local Rule 83.1, I certify that I am admitted to practice in the States of Massachusetts and Illinois; the United States Supreme Court; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Sixth Circuit; the United States District Court for the District of Massachusetts; and the United States District Court for the Northern District of Illinois.  I am not under any order of disbarment, suspension, or any other discipline.  I shall at all times be associated with Christopher Silva, Esq. of Boston, Massachusetts, a member of the bar of this court, upon whom all process, notices, and other papers may be served and who shall sign all papers filed with the Court.

/s/ Daryl J. Lapp
_____
Daryl J. Lapp (Of Counsel, MA Bar No. 554980)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone:  617.239.0100
Fax:  617.227.4420

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 9, 2008, I electronically filed Entry of Appearance Pursuant to Local Rule 83.1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Barbara L. Goodwin, Esq.
    Murray Plumb & Murray
    PO Box 9785
    Portland, ME 04104-5085
    (207) 773-5651

Dated:  April 9, 2008

                                                          /s/ Daryl J. Lapp
                                                        _____
                                                         Daryl J. Lapp (Of Counsel, MA Bar No. 554980)
                                                        EDWARDS ANGELL PALMER & DODGE LLP
                                                        111 Huntington Ave.
                                                        Boston, MA 02199-7613
                                                        Phone:  617.239.0100
                                                        Fax:  617.227.4420