# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. MATTHEW'S UNIVERSITY, INC., )<br>)<br>Defendant. ) | Civil Action No. 08-101 |

## AFFIDAVIT OF CHRISTOPHER SILVA
## PURSUANT TO APRIL 1, 2008 PROCEDURAL ORDER

I, Christopher Silva, of the firm Edwards, Angell, Palmer & Dodge LLP, counsel for Defendant St. Matthew's University, Inc., depose and state as follows:

1. The duplicate record attached to this affidavit contains an accurate copy of every document, of every kind and description, docketed in the state court proceedings in the Maine Superior Court, Cumberland County, styled Repetto v. St. Matthew's University, Inc., Docket No. CV-08-128, together with a certified copy of the docket record.

2. The duplicate record reflects every action taken in the matter by the state court prior to removal of this action, to the date of this affidavit.

Dated: April 11, 2008

Respectfully submitted,

/s/ Christopher Silva
_____

Christopher Silva (ME Bar No. 8934)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone: 617.239.0100
Fax: 617.227.4420

## CERTIFICATE OF SERVICE

      I hereby certify that on April 11, 2008, I electronically filed Affidavit of Christopher Silva Pursuant to April 1, 2008 Procedural Order with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following::

Barbara L. Goodwin, Esq.
Murray Plumb & Murray
PO Box 9785
Portland, ME 04104-5085
(207) 773-5651

Dated:  April 11, 2008

                        /s/ Christopher Silva
                        _____

                        Daryl J. Lapp (Of Counsel, MA Bar No. 554980)
                        Christopher Silva (ME Bar No. 8934)
                        Gail Elise Abbey (Of Counsel, CA Bar No. 248702)
                        EDWARDS ANGELL PALMER & DODGE LLP
                        111 Huntington Ave.
                        Boston, MA 02199-7613
                        Phone:  617.239.0100
                        Fax:  617.227.4420

                        Attorneys for Defendant
                        St. Matthew's University, Inc.