```
BRYAN REPETTO  - PLAINTIFF                              SUPERIOR COURT
                                                        CUMBERLAND, ss.
Attorney for: BRYAN REPETTO                             Docket No  PORSC-CV-2008-00128
BARBARA L GOODWIN  - RETAINED 03/06/2008
MURRAY PLUMB & MURRAY
75 PEARL STREET                                         DOCKET RECORD
PO BOX 9785
PORTLAND ME 04104-5085



vs
ST MATTHEW'S UNIVERSITY INC - DEFENDANT
'


Filing Document: COMPLAINT              Minor Case Type: OTHER NON-PERSONAL INJURY TORT
Filing Date: 03/06/2008
```

## Docket Events:

03/06/2008 FILING DOCUMENT - COMPLAINT FILED ON 03/06/2008

03/06/2008 Party(s):  BRYAN REPETTO
          ATTORNEY - RETAINED ENTERED ON 03/06/2008
          Plaintiff's Attorney: BARBARA L GOODWIN

03/06/2008 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 03/06/2008
          KD

03/31/2008 Party(s):  BRYAN REPETTO
          SUMMONS/SERVICE - CIVIL SUMMONS FILED ON 03/18/2008
          (DC)

03/31/2008 Party(s):  BRYAN REPETTO
          SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 03/11/2008
          UPON DEFENDANT TO CORPORATION SERVICE CO, AGENT (DC)

04/02/2008 Party(s):  ST MATTHEW'S UNIVERSITY INC
          FINDING - REMOVAL TO FEDERAL COURT ENTERED ON 03/31/2008
          OF DEFENDANT WITH EXHIBIT A (DC)

04/02/2008 FINDING - FINAL JUDGMENT CASE CLOSED ON 03/31/2008
          (DC)

04/02/2008 FINDING - FINAL JUDGMENT CASE CLOSED ON 04/02/2008


A TRUE COPY
ATTEST:   _____
                    Clerk