

March 4, 2008

CV-08-128 ✓

**Attorneys At Law**

Peter S. Plumb
John C. Lightbody
Thomas C. Newman
John C. Bannon
Susan D. Thomas
Drew A. Anderson
Richard L. O'Meara
Christopher B. Branson
Michael D. Traister
Barbara L. Goodwin
Timothy H. Boulette
John B. Shumadine
Sarah A. McDaniel
Thomas L. Douglas
Staci K. Converse
Kelly W. McDonald
Nicole L. Bradick

Of Counsel:
Peter L. Murray
Barbara T. Schneider

E. Stephen Murray
(1941-2001)

75 Pearl Street
Post Office Box 9785
Portland, Maine
04104-5085

Telephone:
207.773.5651

Sally A. Bourget, Clerk
Cumberland County Superior Court
205 Newbury Street
P.O. Box 287
Portland, ME  04112

    RE:   Bryan Repetto v. St. Matthew's University, Inc.

Dear Ms. Bourget:

    Enclosed for filing please find a Complaint and Civil Action Summary Sheet on behalf of Bryan Repetto., along with our check in the amount of $150 in payment of the filing fee.

    Thank you for your assistance.

                Sincerely,

                Barbara L. Goodwin
                *Email: bgoodwin@mpmlaw.com*

BLG/nap
Enclosures
cc:   Mr. Bryan Repetto, w/encs.

REPB01\L-CLERK 030408.DOC

```
STATE OF MAINE
CUMBERLAND COUNTY SUPERIOR COURT

 02-1 03/06/2008 000015 CK
PORSC-CV-2008-00128
BRYAN REPETTO VS ST MATTHEW'S UNIV

 AMOUNT TENDERED        $150.00
 AMOUNT APPLIED       ( $150.00)
 CHANGE DUE              $0.00
Bal due on this case:   $0.00
Next Due:   /  /        $0.00
Retain receipt for your records.
   CIVIL ACTION ENTRY
   MURRAY PLUMB & MURRAY
kdghrty  03/06/2008  /dev/pts/146
```

Celebrating Over 30 years of service!