CV-08-128

This summary sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by the Maine Rules of Court or by law. This form is required for the use of the Clerk of Court for the purpose of initiating or updating the civil docket. (SEE INSTRUCTIONS ON REVERSE)

| | |
|---|---|
| **I.** | **County of Filing or District Court Jurisdiction:** CUMBERLAND |
| **II.** | **CAUSE OF ACTION** (Cite the primary civil statutes under which you are filing, if any.) *Pro se* plaintiffs: If unsure, leave blank. |
| **III.** | **NATURE OF FILING**<br>☑ Initial Complaint<br>☐ Third-Party Complaint<br>☐ Cross-Claim or Counterclaim<br>☐ If Reinstated or Reopened case, give original Docket Number _____<br>(If filing a second or subsequent Money Judgment Disclosure, give docket number of first disclosure) |
| **IV.** | ☐ TITLE TO REAL ESTATE IS INVOLVED |
| **V.** | **MOST DEFINITIVE NATURE OF ACTION.** (Place an X in one box only) *Pro se* plaintiffs: If unsure, leave blank. |

**GENERAL CIVIL (CV)**

| Personal Injury Tort | Contract | Other Forfeitures/Property Libels |
|---|---|---|
| ☐ Property Negligence | ☐ Contract | ☐ Land Use Enforcement (80K) |
| ☐ Auto Negligence | **Declaratory/Equitable Relief** | ☐ Administrative Warrant |
| ☐ Medical Malpractice | ☐ General Injunctive Relief | ☐ HIV Testing |
| ☐ Product Liability | ☐ Declaratory Judgment | ☐ Arbitration Awards |
| ☐ Assault/Battery | ☐ Other Equitable Relief | ☐ Appointment of Receiver |
| ☐ Domestic Torts | **Constitutional/Civil Rights** | ☐ Shareholders' Derivative Actions |
| ☐ Other Negligence | ☐ Constitutional/Civil Rights | ☐ Foreign Deposition |
| ☐ Other Personal Injury Tort | **Statutory Actions** | ☐ Pre-action Discovery |
| **Non-Personal Injury Tort** | ☐ Unfair Trade Practices | ☐ Common Law Habeas Corpus |
| ☐ Libel/Defamation | ☐ Freedom of Access | ☐ Prisoner Transfers |
| ☐ Auto Negligence | ☐ Other Statutory Actions | ☐ Foreign Judgments |
| ☐ Other Negligence | **Miscellaneous Civil** | ☐ Minor Settlements |
| ☑ Other Non-Personal Injury Tort | ☐ Drug Forfeitures | ☐ Other Civil |

**CHILD PROTECTIVE CUSTODY (PC)**
☐ Non-DHS Protective Custody

**SPECIAL ACTIONS (SA)**
Money Judgment
☐ Money Judgment Request Disclosure

**REAL ESTATE (RE)**

| Title Actions | Foreclosure | Misc. Real Estate | |
|---|---|---|---|
| ☐ Quiet Title | ☐ Foreclosure for Non-pmt (ADR exempt) | ☐ Equitable Remedies | ☐ Nuisance |
| ☐ Eminent Domain | ☐ Foreclosure - Other | ☐ Mechanics Lien | ☐ Abandoned Roads |
| ☐ Easements | **Trespass** | ☐ Partition | ☐ Other Real Estate |
| ☐ Boundaries | ☐ Trespass | ☐ Adverse Possession | |

**APPEALS (AP) (To be filed in Superior Court) (ADR exempt)**
☐ Governmental Body (80B)   ☐ Administrative Agency (80C)   ☐ Other Appeals

| | |
|---|---|
| **VI.** | **M.R.Civ.P. 16B Alternative Dispute Resolution (ADR):**<br>☐ I certify that pursuant to M.R.Civ.P. 16B(b), this case is exempt from a required ADR process because:<br>☐ It falls within an exemption listed above (i.e., an appeal or an action for non-payment of a note in a secured transaction).<br>☐ The plaintiff or defendant is incarcerated in a local, state or federal facility.<br>☐ The parties have participated in a statutory prelitigation screening process with _____<br>(name of neutral) on _____ (date).<br>☐ The parties have participated in a formal ADR process with _____ (name of neutral) on _____ (date).<br>☐ This is a Personal Injury action in which the plaintiff's likely damages will not exceed $30,000, and the plaintiff requests an exemption from ADR. |

CV-001 Rev. 01/02

| VII. (a) ☑ PLAINTIFFS (Name & Address including county) |
| --- |
| or ☐ Third-Party, ☐ Counterclaim or Cross-Claim Plaintiffs |
| ☐ The plaintiff is a prisoner in a local, state or federal facility. |

Bryan E. Repetto
2901 Oakmont Drive
San Bruno, CA  94066
San Mateo County

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number)   If all counsel listed do NOT represent all plaintiffs,
(If *pro se* plaintiff, leave blank)   specify who the listed attorney(s) represent.

Barbara L. Goodwin, Esq. - Bar No. 8527
Murray Plumb & Murray
PO Box 9785
Portland, ME  04104-5085
(207) 773-5651

| VIII. (a) ☑ DEFENDANTS (Name & Address including county) |
| --- |
| and/or ☐ Third-Party, ☐ Counterclaim or ☐ Cross-Claim Defendants |
| ☐ The defendant is a prisoner in a local, state or federal facility. |

St. Matthew's University, Inc.
Cumberland County

c/o Corpration Service Company
   Registered Agent
45 Memorial Circle
Augusta, ME  04330

(b) Attorneys (Name, Bar number, Firm name, Address, Telephone Number)   If all counsel listed do NOT represent all
(If known)   defendants, specify who the listed attorney(s) represent.

IX.   RELATED CASE(S) IF ANY _____

   Assigned Judge/Justice _____   Docket Number _____

Date: March 4, 2008   Barbara L. Goodwin, Esq.
   Name of Lead Attorney of Record or *Pro se* Party

   [signature]
   Signature of Attorney or *Pro se* Party

c: