

**Murray Plumb & Murray**

Attorneys At Law

Peter S. Plumb
John C. Lightbody
Thomas C. Newman
John C. Bannon
Susan D. Thomas
Drew A. Anderson
Richard L. O'Meara
Christopher B. Branson
Michael D. Traister
Barbara L. Goodwin
Timothy H. Boulette
John B. Shumadine
Sarah A. McDaniel
Thomas L. Douglas
Kelly W. McDonald
Nicole L. Bradick

Of Counsel:
Peter L. Murray
Barbara T. Schneider

E. Stephen Murray
(1941-2001)

75 Pearl Street
Post Office Box 9785
Portland, Maine
04104-5085

Telephone:
207.773.5651

Facsimile:
207.773.8023

E-Mail:
info@mpmlaw.com

WWW:
mpmlaw.com

March 17, 2008

Sally A. Bourget, Clerk
Cumberland County Superior Court
205 Newbury Street
P.O. Box 287
Portland, ME 04112

    *RE:   Bryan Repetto v. St. Matthew's University, Inc.*
            *Docket No. CV-08-128*

Dear Ms. Bourget:

    Enclosed for filing please find Summons with Return of Service served upon St. Matthew's University, Inc.

    Thank you for your assistance.

Sincerely,

Barbara L. Goodwin
*Email: bgoodwin@mpmlaw.com*

BLG/nap
Enclosures
cc:   Mr. Bryan Repetto, w/enc.

REPB01\L-CLERK 031708.DOC

Celebrating Over 30 years of service!