STATE OF MAINE

SUPERIOR COURT  
CUMBERLAND_____, ss.  
Docket No. CV-08-128

DISTRICT COURT  
Location _____  
Docket No. _____

BRYAN REPETTO_____Plaintiff

v.

**SUMMONS**

ST. MATTHEWS UNIVERSITY, INC.__Defendant  
c/o Corporation Service Company, Registered Agent  
45 Memorial Circle_____Address  
Augusta, ME  04330_____

     The Plaintiff has begun a lawsuit against you in the (District) (Superior) Court, which holds sessions at (street address) 205 Newbury Street_____, in the Town/City of Portland_____, County of Cumberland_____, Maine. If you wish to oppose this lawsuit, you or your attorney **MUST PREPARE AND SERVE A WRITTEN ANSWER** to the attached Complaint **WITHIN 20 DAYS** from the day this Summons was served upon you. You or your attorney must serve your Answer, by delivering a copy of it in person or by mail to the Plaintiff's attorney, or the Plaintiff, whose name and address appear below. You or your attorney must also file the original of your Answer with the court by mailing it to the following address: Clerk of (District) (Superior) Court, _____  
P.O. Box 287_____, Portland_____, Maine 04112  
   (Mailing Address)                       (Town, City)          (Zip)  
before, or within a reasonable time after, it is served.

### IMPORTANT WARNING

**IF YOU FAIL TO SERVE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU IN YOUR ABSENCE FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR EMPLOYER MAY BE ORDERED TO PAY PART OF YOUR WAGES TO THE PLAINTIFF OR YOUR PERSONAL PROPERTY, INCLUDING BANK ACCOUNTS AND YOUR REAL ESTATE MAY BE TAKEN TO SATISFY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS LAWSUIT, DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.**

     If you believe the plaintiff is not entitled to all or part of the claim set forth in the Complaint or if you believe you have a claim of your own against the Plaintiff, you should talk to a lawyer. If you feel you cannot afford to pay a fee to a lawyer, you may ask the clerk of court for information as to places where you may seek legal assistance.

(Seal of Court)

Date: March 7, 2008

_Sally A. Bourget_  
Clerk

Barbara L. Goodwin, Esq.  
(Attorney for) Plaintiff  Murray Plumb & Murray  
PO Box 9785_____Address  
Portland, ME  04104-5085  
(207) 773-5651_____Telephone

CV-030, Rev. 09/97

STATE OF MAINE

CV-08-128

County of __Kennebec__, ss.

On __3-11-08__ (date), I served the Complaint (and Summons) upon Defendant __St. Matthews University, Inc.__ by delivering a copy of same at the following address: __Augusta__

☐ to the above-named Defendant in hand.

☐ to _____ (name), a person of suitable age and discretion who was then residing at Defendant's usual residence.

☒ to __Corporation Service Co., Agent__ (name), who is authorized to receive service for Defendant.

☐ by (describe other manner of service): _____

**Costs of Service:**

Service:  $ _____
Travel:   $ _____
Postage:  $ _____
Other     $ _____

Total $ _____

_____
Signature

**Harry McKenney**
Chief Civil Deputy