## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO,<br><br>    Plaintiff,<br><br>v.<br><br>ST. MATTHEW'S UNIVERSITY, INC., and<br>ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 08-CV-101<br>)<br>)<br>)<br>)<br>) |

### ENTRY OF APPEARANCE
### PURSUANT TO LOCAL RULE 83.1

Please enter the appearance of Gail Elise Cornwall, formerly Gail Elise Abbey, as counsel for Defendant St. Matthew's University (Cayman) Ltd. in the above case. Pursuant to Local Rule 83.1, I certify that I am admitted to practice in the State of California; the State of Massachusetts; the State of New York; the United States Court of Appeals for the District of Columbia Circuit; the United States Court of Appeals for the Ninth Circuit; the United States Court of Appeals for the First Circuit; the United States District Court for the Eastern District of California; and the United States District Court for the Northern District of California. I am not under any order of disbarment, suspension, or any other discipline. I shall at all times be associated with Christopher Silva, Esq. of Boston, Massachusetts, a member of the bar of this court, upon whom all process, notices, and other papers may be served and who shall sign all papers filed with the Court.

Dated:  September 8, 2008

                                            /s/ Gail Elise Cornwall
                                            _____
                                            Gail Elise Cornwall (Of Counsel, CA Bar No. 248702)
                                            EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Ave.
Boston, MA 02199-7613
Phone: 617.239.0100
Fax: 617.227.4420

BOS111 12261570.2

## CERTIFICATE OF SERVICE

    I hereby certify that on September 8, 2008, I electronically filed Entry of Appearance Pursuant to Local Rule 83.1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Barbara L. Goodwin, Esq.
    Murray Plumb & Murray
    PO Box 9785
    Portland, ME 04104-5085
    (207) 773-5651

Dated: September 8, 2008

    /s/ Gail Elise Cornwall
    _____
    Gail Elise Cornwall (Of Counsel, CA Bar No. 248702)
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Ave.
    Boston, MA 02199-7613
    Phone: 617.239.0100
    Fax: 617.227.4420