**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BRYAN REPETTO, </br></br>     Plaintiff, </br></br>     v. </br></br> ST. MATTHEW'S UNIVERSITY, INC., and </br> ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. </br></br>     Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> )    Civil Action No. 08-CV-101 </br> ) </br> ) </br> ) </br> ) </br> ) |

**ENTRY OF APPEARANCE**
**PURSUANT TO LOCAL RULE 83.1**

Please enter the appearance of Daryl J. Lapp as counsel for Defendant St. Matthew's University (Cayman) Ltd. in the above case. Pursuant to Local Rule 83.1, I certify that I am admitted to practice in the States of Massachusetts and Illinois; the United States Supreme Court; the United States Court of Appeals for the First Circuit; the United States Court of Appeals for the Sixth Circuit; the United States District Court for the District of Massachusetts; and the United States District Court for the Northern District of Illinois. I am not under any order of disbarment, suspension, or any other discipline. I shall at all times be associated with Christopher Silva, Esq. of Boston, Massachusetts, a member of the bar of this court, upon whom all process, notices, and other papers may be served and who shall sign all papers filed with the Court.

/s/ Daryl J. Lapp
_____
Daryl J. Lapp (Of Counsel, MA Bar No. 554980)
EDWARDS ANGELL PALMER & DODGE LLP
111 Huntington Ave.
Boston, MA 02199-7613
Phone: 617.239.0100
Fax: 617.227.4420

BOS111 12257412.2

## CERTIFICATE OF SERVICE

  I hereby certify that on September 8, 2008, I electronically filed Entry of Appearance Pursuant to Local Rule 83.1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

 Barbara L. Goodwin, Esq.
 Murray Plumb & Murray
 PO Box 9785
 Portland, ME 04104-5085
 (207) 773-5651

Dated:  September 8, 2008

            /s/ Daryl J. Lapp
            _____
            Daryl J. Lapp (Of Counsel, MA Bar No. 554980)
            EDWARDS ANGELL PALMER & DODGE LLP
            111 Huntington Ave.
            Boston, MA 02199-7613
            Phone:  617.239.0100
            Fax:  617.227.4420