UNITED STATE DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO,<br><br>        Plaintiff<br><br>    v.<br><br>ST. MATTHEW'S UNIVERSITY, INC. and<br>ST. MATTHEWS UNIVERSITY (CAYMAN),<br>LTD.<br><br>        Defendants | Civil Action No. 08-CV-101 |

## ACCEPTANCE OF SERVICE

I, Gail Corwall, Esq., am duly authorized to, and hereby do, accept service of the Amended Complaint on behalf of Defendants St. Matthew's University, Inc. and St. Matthew's University (Cayman), Ltd. in the above-captioned matter.  On behalf of Defendants, I waive all defenses relating to insufficiency of process and insufficiency of service of process under the Federal Rule of Civil Procedure.

Dated:  September 29, 2008

                                                /s/ Gail Cornwall, Esq.
                                                Counsel for Defendants

EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, MA  02199-7613