UNITED STATE DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, )<br> )<br> Plaintiff )<br> )<br> v. ) Civil Action No. 08-CV-101<br> )<br>ST. MATTHEWS UNIVERSITY, INC.; and )<br>ST. MATTHEWS UNIVERSITY (CAYMAN) )<br> LTD. )<br> )<br> Defendants ) | |

## STIPULATION OF DISMISSAL OF COUNT VI
## OF PLAINTIFF'S AMENDED COMPLAINT

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Count VI of Plaintiff's Amended Complaint in the above-captioned action is dismissed with prejudice.

Dated: October 2, 2008

/s/ Barbara L. Goodwin
Counsel for Plaintiff Bryan Repetto

MURRAY, PLUMB & MURRAY
75 Pearl Street, PO Box 9785
Portland, ME 04104-5085
(207) 773-5651

Dated: October 2, 2008

/s/ Gail E. Cornwall
Counsel for Defendants,
St. Matthews University, Inc. and
St. Matthews University (Cayman) Ltd.

EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, MA 02199-7613
(617) 239-0100

CERTIFICATE OF SERVICE

    I, Barbara L. Goodwin, Esq., hereby certify that on October 2, 2008, I electronically filed the STIPULATION OF DISMISSAL OF COUNT VI OF PLAINTIFF'S AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

| | |
|---|---|
| Notification by ECF: | Gail E. Cornwall, Esq. |
| | *gcornwall@eapdlaw.com* |
| | |
| | Daryl J. Lapp, Esq. |
| | *dlapp@eapdlaw.com* |
| | |
| | Christopher P. Silva, Esq. |
| | *csilva@eapdlaw.com* |

                              /s/ Barbara L. Goodwin
                              Counsel for Plaintiff Bryan Repetto