Exhibit B

(Deposition of James Pringle, Relevant Excerpts)

COPY

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2                   DISTRICT OF MAINE
 3
 4    BRYAN REPETTO,                    )    CIVIL ACTION
                                        )    Docket No. 08-CV-101
 5         Plaintiff,                   )
                                        )
 6         v.                           )
                                        )
 7    ST. MATTHEW'S UNIVERSITY, INC., and )
      ST. MATTHEW'S UNIVERSITY (CAYMAN),  )
 8                                      )
           Defendants.                  )
 9
10
11
12         DEPOSITION of JAMES PRINGLE, taken pursuant to
13    notice dated September 17, 2008, at the law offices of
14    Murray, Plumb & Murray, 75 Pearl Street, Portland, Maine, on
15    September 19, 2008, commencing at 9:03 a.m., before Cindy
16    Packard, Registered Diplomate Reporter, a Notary Public in
17    and for the State of Maine.
18         '
19    APPEARANCES:
20    For the Plaintiff:         Barbara L. Goodwin, Esq.
21    For the Defendants:        Daryl J. Lapp, Esq.
                                 Gail E. Cornwall, Esq.
22
23    Also Present:              Bryan Repetto
24
25
```

Page 10

1  MDs, who were expert in specific subareas of
2  pharmacology. An example?
3  Q  Yes, please.
4  A  In pharmacodynamics and kinetics, and how drugs work, I
5     went down to UNE because I had already been going
6     there. I knew those people quite well. And Ed Bilsky
7     who is the chief of research there was willing to teach
8     those subjects.
9        If you want somebody who knows the latest in
10     cardiac drugs, you might think about getting a
11     cardiologist to do that. So who is the most attune to
12     the latest in cardiac drugs, probably the cardiac
13     fellows at Maine Med or Mass General or wherever.
14        And I had them from both places over the years.
15     They change every three years. So the way it worked
16     out is Carl Hackmiller was the chief fellow at Maine
17     Med in cardiology, and I asked him to teach cardiac
18     drugs, bring us up to date.
19        When he finished his fellowship, went out into
20     practice, then the next guy who became chief became the
21     teaching fellow. We did that for the entire time I was
22     involved.
23  Q  Okay. So that would or would it --
24  A  That's how I did it.
25  Q  -- explain why when I look at the syllabus for the

Page 11

1  pharmacology course, it lists you as a director, and
2  then there are many doctors listed underneath?
3  A  Right.
4  Q  Okay. So that's because that was your approach was to
5     use many doctors?
6  A  Exactly. That was the approach of Case Western Reserve
7     where I went to medical school. It's the case of every
8     reputable medical school that I know of in North
9     America.
10  Q  So did you teach any classes or --
11  A  Uh-huh.
12  Q  -- did the specialists teach them?
13  A  Well, I'm a specialist.
14  Q  Or both, I guess?
15  A  I'm one of the specialists.
16  Q  Okay. So you taught?
17  A  I picked out, being the chief, things I like most.
18  Q  Fair enough.
19  A  The thing I knew best.
20  Q  So what did you pick?
21  A  Tropical medicine. My wife and I spent a considerable
22     time in the Carribean doing missionary work with people
23     there. So I've always had an interest in it. We
24     worked with the Rockefeller Foundation down there for a
25     number of times, so I picked that. There wasn't

Page 12

1  anybody else available to do that anyway so that was
2  perfect.
3     I picked the GU diseases. And there were a number
4  of other things over time that -- I taught
5  gastrointestinal drugs at one point. Those are the
6  main ones.
7  Q  All right. So if you were asked in May of 2000 to put
8     this together, when was the first -- well, when did it
9     all get pulled together, when did you start teaching?
10  A  Well, I started about two weeks later. So we started
11     soon. We had a small class. I think there were --
12     don't hold me to the numbers, might have been 15
13     students in that first group. I don't remember
14     exactly. I know it was a small group.
15     And so the first semester that we taught, I taught
16     what I had resources to teach as I went along. And I
17     was on a running -- it was a run because I had to get
18     somebody to do cardiac because this guy with GI is
19     about to finish. And by the end of that semester, I
20     had a whole faculty put together. And we didn't have
21     any gaps that I know of.
22  Q  Okay. So you started teaching, what -- that was your
23     first job was to put this program together, what was
24     your next job?
25  A  With a title? I mean there were all kinds of jobs

Page 13

1  going on. Are the classrooms big enough, do we have a
2  good student affairs department, all of that had to
3  come together. But my next job if you're asking me
4  when did I become the dean there, that would have been
5  a year or so later.
6  Q  What was your actual title as dean?
7  A  Initially, it was associate dean of basic science.
8  Q  Was that for the -- were you the associate dean for the
9     entire medical school or for just the Maine campus?
10  A  Well, I was only responsible for the Maine campus, but
11     I -- I'm a urologist, I'm not -- I don't hang my hat on
12     titles. I was responsible for the functioning of this
13     program. And they gave me that title. I guess I was
14     associate dean of the entire operation. I was the only
15     associate dean that I'm aware of in the St.
16     Matthew's -- but my responsibility was primarily in
17     Maine.
18  Q  Okay. And that's sort of what I was getting at, you
19     were talking about are the classrooms big enough?
20  A  Yeah.
21  Q  So did you have -- even before you got the title, were
22     you essentially running the Maine program?
23  A  No.
24  Q  Who was doing it before you were?
25  A  Dr. Abbott. Donald Abbott.

Page 14

1  Q  Do you know why he left?
2  A  I mean he's still here. You mean why did he give up
3     the job?
4  Q  He's still in Maine, why he gave up the job?
5  A  You'll have to ask him.
6  Q  Okay. So you took it over from him about a year later,
7     so spring of 2001?
8  A  I think so.
9  Q  Okay. How long did you stay with St. Matthew's?
10 A  22 semesters.
11 Q  How many semesters in a year?
12 A  Three. So it was seven years plus one semester.
13 Q  Plus one. All right. And were those all with the
14    Maine campus?
15 A  That's where I was the whole time, yes.
16 Q  Okay. Were you ever involved with the Miami campus?
17 A  Yes.
18 Q  When was that?
19 A  The Miami effort started about I think 2007, September.
20    The person to ask when Miami campus was born would be
21    somebody other than me. But I can tell you my -- if
22    your question is --
23        MR. LAPP: When were you involved with it?
24 Q  (By Ms. Goodwin) That's all, all you can tell me?
25 A  Right. Because it's a long story. I was involved

Page 15

1     primarily from January of '07 through my resignation in
2     September of '07.
3  Q  Okay. What was --
4  A  I may have made a couple trips there in December of '06
5     as well.
6  Q  Again, not going to hold you to exact dates --
7  A  Okay.
8  Q  What was your involvement with the Miami campus?
9  A  My involvement there was to -- well, Jim, this Maine
10    effort has been fantastic, we're new owners now, and we
11    think we can do it more cheaply in South Miami. And
12    we're offering you the job there, would you be willing
13    to move to South Miami. Took me 13 seconds to say
14    absolutely not. I have no desire to ever go to Miami
15    whether it's south or north.
16       And but I said I would be willing to take my
17    program -- well, let me start over. They asked me if I
18    would be willing to take my ideas and my curriculum to
19    the Miami area. I said sure, I can do that.
20       So the trips I made to Miami were to go down and
21    meet the people that were there. They came up once, I
22    think. And instruct them on how to put -- how we had
23    done it in Maine so successfully and hope that they
24    could do the same down there.
25       Once I had done that, I was finished with that

Page 16

1     effort.
2  Q  Okay. When did the Maine -- first of all, where was
3     the Maine campus?
4  A  In Windham.
5  Q  Where exactly?
6  A  It was on -- let's see, what was the address, 8 -- what
7     was it, Bryan, 804 --
8        MR. LAPP: If you don't remember, just say
9     you don't remember.
10       THE DEPONENT: 800 something Roosevelt Trail,
11    Windham, Maine. Right on the main drag of Windham.
12 Q  (By Ms. Goodwin) I'm asking partly because it's very
13    local to me, and I'm curious.
14 A  If you know where -- if it's that local, do you know
15    where Applebee's is?
16 Q  Yes.
17 A  It's right next door, that brick building that says for
18    rent right now, or lease, whatever, it's --
19 Q  That's it?
20 A  Right there.
21 Q  Okay. Fair enough. And you mentioned that the new
22    owners wanted to transition down to South Miami. Well,
23    when did the Maine program, Maine campus close?
24 A  I think essentially it was done when I was done, the
25    end of September, or at the end of August, '07.

Page 17

1  Q  Okay. So Maine was still running while you were
2     working with the folks down in Miami?
3  A  Yeah. Yeah.
4  Q  And you said they were leaving Maine because it was
5     cheaper?
6  A  You'll have to ask them that to be honest with you.
7  Q  Did they -- did they ever give you a reason why they
8     were closing Maine?
9  A  Yes.
10 Q  What did they tell you?
11 A  Too expensive. I'm being honest with you, it's too
12    expensive, we can do it more cheaply in Miami. Over
13    time they may have come up with some other reasons, but
14    that was always what they would hit me with.
15 Q  Okay. Tell me about your new medical school?
16 A  My new -- where I am now?
17 Q  Yes.
18 A  What do you want to know?
19 Q  I want to know -- well, did you join them, it's
20    University of Medicine and Health Sciences; is that
21    right?
22 A  Uh-huh.
23 Q  They're centered in St. Kitts?
24 A  (Deponent nods head.)
25 Q  When did you join that school?

Page 18

1  A   If joined means when did I get paid for the first bit
2      of effort was April of '08.
3  Q   Was there effort before you got paid?
4  A   They started recruiting me or asking me if I was
5      interested in getting involved again in an offshore
6      medical school probably in February sometime.  Middle
7      of winter when I was open to almost any suggestion.
8  Q   Did they lure you with a trip to St. Kitts?
9  A   Yes, but I have resisted.  I've never been there, have
10     no desire to go.  Believe me, they think that that's a
11     carrot, but they're talking to the wrong person.  But
12     what else can I tell you about it?
13 Q   What is your position there?
14 A   I'm -- I think I have the same -- it's just being
15     worked out.
16 Q   Okay.
17 A   I'm the program director, and whether I'm the associate
18     dean again or not to be honest with you, I don't know,
19     but that was something they -- doesn't matter to me, I
20     couldn't care less.  But I'm putting together a program
21     similar to, but even better than St. Matthew's, I hope.
22 Q   Okay.  Has it -- you said it was just getting put
23     together?
24 A   Uh-huh.
25 Q   I assume this is going to be a Maine campus?

Page 19

1  A   Well, we'll have fifth semester only here which is
2      different than St. Matthew's program.
3  Q   What semesters of St. Matthew's did you have in Maine?
4  A   Fourth and fifth.
5  Q   Okay.  So this is going to be fifth only?
6  A   Right.
7  Q   Do you have -- well, has the campus opened yet?
8  A   Yes.
9  Q   When did it open?
10 A   About two weeks ago.
11 Q   Students there?
12 A   Six students.
13 Q   Are these -- I know it's a new school, is it new enough
14     these are transfer students?
15 A   Right.  The first year all the students in Maine of the
16     fifth semester were transfers.  Then the first -- first
17     first semester -- I need something to drink.
18         MR. LAPP:  Why don't we take a break.
19     (Recess at 9:25 a.m., to 9:30 a.m., after which the
20     following proceedings transpired.)
21 Q   (By Ms. Goodwin) We were with your new school.  All
22     right.  So the students started six weeks ago, are
23     you --
24 A   Two weeks ago.
25 Q   Two weeks ago, six students?

Page 20

1  A   Right.
2  Q   Are you teaching?
3  A   Right -- I haven't yet.
4  Q   Will you be?
5  A   I will be starting Monday.
6  Q   What are you teaching?
7  A   This go-round, I have five subjects I'm going to cover
8      in three hours, which is ridiculous, but I will be
9      covering urinary tract infections, benign prostatic
10     hypertrophy.  It's a reproductive committee again.  And
11     related subjects, urologically.  Urinary tract, renal
12     function related subjects.
13 Q   Do you have an affiliation with St. Joseph's College
14     with your new school?
15 A   No.
16 Q   Like they did at St. Matthew's?
17 A   No.
18 Q   What made you decide to get involved with the new
19     school?
20 A   You want the truth?  I couldn't stand being retired --
21 Q   Always.
22 A   -- this past winter.  I mean, that's the truth.  I just
23     had nothing philosophical, nothing that I think I'm
24     better than anybody else teaching.  I am 69 years old,
25     and I need something to do.  And I love teaching.

Page 21

1  Q   That's really a better reason than most.  There is a
2      Dr. Jerry Thornton listed in the North American
3      administration, is it the same Dr. Thornton from St.
4      Matthew's?
5  A   Say the question again.
6  Q   Dr. Thornton?
7  A   Yes.
8  Q   Dr. Jerry Thornton is part of the administration of the
9      new school, is it the same person, the same
10     Dr. Thornton --
11 A   Same that was --
12 Q   -- as you worked with at St. Matthew's?
13 A   As far as I know.
14 Q   Have you talked to him since joining the new school?
15 A   I have talked to him once back in April.
16 Q   Was he part of the effort to recruit you?
17 A   Yes.
18 Q   Do you know where he is located right now?
19 A   No.
20 Q   Okay.  Where is the campus for the new school?
21 A   110 Free Street, Portland, Maine.  You mean the Maine
22     effort?
23 Q   Yes, the physical --
24 A   110 Free Street.
25 Q   I know where I'm going for lunch.

### Page 22

```
 1  A    You know that building?  That's the old Blue Cross,
 2       Blue Shield building.
 3  Q    Okay.  All right.  I'm going back to St. Matthew's
 4       University.  Tell me about -- tell me about the
 5       relationship that St. Matthew's had with St. Joseph's
 6       College?
 7  A    I'm trying to -- there's so many ways to come at that.
 8       The relationship was one that was based on the presence
 9       of a master's degree that was health care related,
10       master's in health service administration.
11            If a student at St. Matthew's chose to and
12       qualified based on St. Joseph's criteria, they were
13       eligible to work toward that master's degree.  St.
14       Joseph's College required that part of that effort be
15       done on campus.  So this is not -- part of what I'm
16       telling you now is was not something I put together,
17       this is before I got involved.
18            So St. Joseph's College being an American
19       accredited university is eligible for federal loans.
20       So students who are offshore are not eligible unless
21       that changed within the last two months, and it may
22       have, I'm told.  Eligible for Stafford loans.
23            So a student who elected to do the extra work for
24       the master's degree, and theoretically needed extra
25       finances could enroll in the master's program at
```

### Page 23

```
 1       St. Joe's and become eligible for U.S. federal loans.
 2            Somewhere along the way, as I said before my
 3       involvement, somebody got the idea that well, if we're
 4       going to be up here doing the master's anyway, I wonder
 5       if we'd be allowed to teach some medicine while they're
 6       there.
 7            Bob McGuire, who dropped dead last June, and last
 8       night I was at his memorial service at St. Joe's,
 9       chairman of the board of trustees at St. Joseph's, said
10       to Don Abbott, I'm told, this is just what I'm told now
11       because I wasn't there.  Why don't we ask the
12       Department of Education of the state of Maine if you
13       can teach some medicine up here, and we'll then recruit
14       students -- St. Joseph's will have a captive audience
15       for the master's degree.  You'll be able to teach
16       medicine if you can get somebody to teach it and on the
17       medical side.  And it will be just a great synergistic
18       arrangement.  And that's how it went.  I don't know if
19       that answers your question.  The specifics in there --
20            MR. LAPP:  If you don't give her what she
21       needs or wants, she'll let you know.  You just --
22  Q    (By Ms. Goodwin)  Believe me.
23            MR. LAPP:  Answer the question and she'll let
24       you know.
25            THE DEPONENT:  Okay.
```

### Page 24

```
 1  Q    (By Ms. Goodwin)  So to the best of your knowledge, is
 2       that why SMU set up its Maine campus?
 3  A    To the best of my knowledge.
 4  Q    Okay.  Do you know how long before that SMU students
 5       were working towards this master's degree?
 6  A    No.
 7  Q    Okay.  But that -- the dual degree idea was in place
 8       before the Maine campus people were doing that?
 9  A    Yes.
10  Q    So to -- if there are -- well, do you know if there are
11       written agreements between St. Joseph's and St.
12       Matthew's?
13  A    I don't know.
14  Q    Okay.  Was there a requirement that students on the
15       Maine campus of St. Matthew's also enroll in the St.
16       Joseph's program?
17  A    Yes.
18  Q    Why?
19  A    Because the state of Maine decreed that the fourth
20       semester was basic science, which it was.  Therefore,
21       it fell under the Department of Education's, you know,
22       turf.  So therefore, for the state of Maine to allow a
23       student to be in Maine being -- for any, you know,
24       medical reason, they had to first be enrolled in St.
25       Joseph's.  It was that fourth semester basic science
```

### Page 25

```
 1       piece that required them to be enrolled at St. Joe's to
 2       be here.
 3  Q    Fifth semester students would not have been required --
 4  A    Pure fifth semester students would not have been
 5       required to be St. Joe's students.
 6  Q    Are you aware of any SMU students who were not pure
 7       fifth semester students who were allowed to drop the
 8       St. Joe's program?
 9  A    Say that again.
10  Q    So you said pure fifth semester students --
11  A    Right.
12  Q    -- wouldn't have to stay enrolled at St. Joe's?
13  A    They would -- pure would not.
14  Q    Would not?
15  A    If they had one fourth semester course, they were not
16       eligible to be here theoretically that I know of.
17  Q    All right.
18  A    That was a rule.
19  Q    Theoretically --
20  A    I'm just saying, if -- that in fact is the way it
21       was -- that was a rule.  That was the way we were -- we
22       functioned.
23  Q    So my original question was whether you were aware of
24       any St. Matthew's student who was not one of these pure
25       fifth semester students?
```

Page 26

1  A  Yes.
2  Q  Who was allowed to drop the St. Joseph's program?
3     MR. LAPP: And stay in Maine?
4  Q  (By Ms. Goodwin) And stay in Maine?
5  A  So they're taking four semesters --
6  Q  They're taking at least one fourth semester class and
7     they're staying here?
8  A  Not to my knowledge.
9  Q  Would you have been the one to make that decision?
10 A  Sorry?
11 Q  Would you have been the one to decide whether they
12    could stay assuming the situation ever existed?
13 A  If it did --
14    MR. LAPP: Object to the form of the
15    question. Go ahead.
16    THE DEPONENT: Say that again.
17 Q  (By Ms. Goodwin) I'm just wondering --
18 A  All kinds of gray areas.
19 Q  -- if there had been the student who was still taking
20    fourth semester classes, but wanted to drop St.
21    Joseph's -- first of all, did anyone ever ask to do
22    that?
23 A  Yes.
24 Q  How many students?
25 A  I don't remember.

Page 27

1  Q  More than a handful?
2  A  No, about a handful.
3  Q  Okay. Who would they approach with that request?
4  A  Probably approach me first, but the final arbiter on
5     that would have been the chief of graduate education
6     for the state of Maine, which is Harry Osgood. If
7     you're asking me would I break the rule, no.
8  Q  I just wondered who had the authority to make the
9     decision, it sounds like you first for St. Matthew's,
10    but also you would have needed DOE approval?
11 A  I covered my -- constantly.
12 Q  As does everyone who works with the Department of
13    Education. Tell me about the Maine campus of St.
14    Matthew's, and now I mean the physical?
15 A  You mean the physical?
16 Q  Yes, what was available, what was the physical
17    structure like?
18 A  We had two buildings, one owned, one leased. Two major
19    classrooms, each would hold about 100 students. A
20    separate office, small office complex for the business
21    manager, my office, and our admin, and partially used
22    by the student affairs department.
23    We had a clinical skills lab upstairs in that
24    building next to Applebee's that we used every week in
25    the fifth semester.

Page 28

1     I can't remember number of square feet over there,
2     but it was in excess of 10,000 square feet as I
3     remember. I think it was 12,000 square feet. We had a
4     library there. Large parking lot behind that building,
5     between the two buildings.
6  Q  Was there any full-time faculty at the Maine campus?
7  A  Full-time?
8  Q  Full-time, university employed?
9  A  I was there full-time.
10 Q  Other than --
11 A  Define, what's full-time? I had a whole faculty that
12    was there constantly. But were they there every day
13    eight hours a day, no. I was the only one.
14    Dr. Randall was there, dean of clinical science was
15    there most every day, worked eight hours or so.
16    Librarian was there. Does that answer your question?
17 Q  I guess --
18 A  It was like a college, the professor would come and do
19    his teaching or her teaching, and he'd maybe stay,
20    maybe go home.
21 Q  Sure. And I guess what I was asking, the approach you
22    described for your class involved folks who would come
23    in and teach just sort of this one specialized area,
24    were they considered faculty, adjuncts, how were those
25    things classified?

Page 29

1  A  They were faculty. Now whether they were academic
2     full-time equivalents or not --
3  Q  There's the term I was looking for.
4  A  Somewhere -- I don't -- to be honest with you, I don't
5     know what those were for each teacher, they were all
6     different depending on number of hours they taught, but
7     the ones who were the primary teachers, pathology,
8     pharmacology, they were on our committees, met
9     regularly with me. If you're asking me did they just
10    hover over there down the hall on the right like they
11    did undergraduate school, no.
12 Q  Okay.
13 A  I know I'm not supposed to expound on this, but we went
14    to them at Maine Medical Center for much of the
15    pharmacology so you have a clear picture. They didn't
16    all come to us. Some of them are very busy practicing
17    physicians as well as research people. So my
18    philosophy was I'll bring my students to you if you'll
19    teach. So a good deal of pharmacology was taught at
20    Maine Med.
21 Q  Were you -- you were on the admissions committee;
22    correct?
23 A  No.
24 Q  You were not.
25 A  Well --

1. Q  Were you ever involved in admissions?
2. A  Give me a date.
3. Q  Ever for St. Matthew's?
4. A  Yes, I was involved for about three semesters in 2006.
5. Q  All right. I want to talk a little bit about sort of
6.    the mechanics of class structure, your class structure
7.    I guess. Tell me how you -- well, how you put together
8.    the syllabus and the schedule for class?
9. A  The syllabus?
10. Q  Let's focus on the time that Mr. Repetto was at school?
11. A  Okay.
12. Q  2005, 2006?
13. A  Okay. We'll have Mr. Repetto would fill in the gaps
14.    here, but I would say --
15. Q  I imagine he'll be asked later.
16. A  Let me just give you the general idea how we did it.
17.    Since we had fifth semester, fourth and fifth semester
18.    students in Maine and on Grand Cayman at the same time,
19.    we would start out -- between semesters, we had
20.    meetings. Well, we had them during semester and
21.    between semesters, too, and we had to make sure we had
22.    one university, not two.
23.    So if it was pharmacology, it was either
24.    Dr. Adamec or Dr. Goutta down on Grand Cayman who I
25.    would meet with, and we would put together the

1.  subjects, not necessarily, but pretty close to the same
2.  order, but not exactly the same order. Depends on if I
3.  couldn't get the cardiologist in one month, I'd get it
4.  the next, so I would call Dr. Nasser. Dr. Nasser is
5.  the dean in Grand Cayman, I'd say I can't get the
6.  cardiology guy until the first week of November, so put
7.  that part on the next test, not on this test. And he
8.  would shift his faculty around.
9.     So the big effort was to coordinate the teaching
10. between the two places. In Psych 101 where you went to
11. college, where I went to college, I'll put it that way,
12. there might have been 15 different teachers. They all
13. had the same goal in mind, but if you're saying I had
14. all 15 of those people teaching the exact same thing on
15. the exact same day in the exact same way, you're lying,
16. nobody can do that.
17.    It's the same thing in this real world. So we did
18. the best we could to make sure that we were teaching
19. the same thing with different teachers, two different
20. places at the same time with the same goal in mind.
21.    The exams were very often exactly the same. That
22. was a challenge because a doctor in Maine would put his
23. 10 questions down, I would send them down to Cayman. I
24. had to be careful how I did that because the email kept
25. getting broken into. We'd fax them usually.

1.    And that teacher would look and say yeah, I
2.  covered that same stuff, and he would use them or not
3.  depending on -- or call me back and say you have to
4.  drop that question about such and such a drug because
5.  Joe didn't talk about that very much.
6.     So we had an ongoing either through emails or
7.  video conferencing or audio hookups, this went on
8.  weekly when Bryan was there. So it was a challenge,
9.  but we made it one college, not two.
10. Q  Were you aware of Maine -- the Maine campus having a
11.    reputation of being more challenging, more academically
12.    challenging than the Cayman Islands campus?
13. A  Was I aware that people thought that?
14. Q  Yes.
15. A  Yes.
16. Q  Did you think that?
17. A  No.
18. Q  Do you know why -- well, yeah, do you know why people
19.    thought that? Only if you know?
20.    MR. LAPP: I'm going to object to the form of
21.    that.
22.    THE DEPONENT: Why people thought that.
23.    Well, wherever you are, if you have a struggling
24.    student, they're going to tell you it's harder there.
25.    But they really don't know if it is or not because

1.  they're not at the other place. So I didn't put much
2.  credence into that to be honest with you.
3. Q  (By Ms. Goodwin) Once a student had come to the Maine
4.    campus, did they have the option of going back to the
5.    Cayman campus?
6. A  Yes. I'm just trying to think before I answer, but
7.    this is not jail up here. You can go, this is graduate
8.    school.
9. Q  Do you know if anybody ever did return to the Cayman
10.   Islands?
11. A  Yes. Quite sure they did. Very rarely, but a few.
12. Q  Okay. Tell me generally speaking about processes in
13.   place if a student is unhappy with a grade in a course?
14. A  I was unhappy a lot.
15. Q  After they complained to their friends, tell me --
16. A  At the end of a semester?
17. Q  At the end of the semester, I don't know if there were
18.   processes in place actually for -- if they were just
19.   unhappy with an exam grade, was there a process for
20.   that as well?
21. A  Uh-huh. Yes.
22. Q  All right. Let's talk about the exam process first and
23.   then the entire class process?
24. A  Very often a student would come to me complaining that
25.   they thought the test was too hard. And my standard

Page 38

1  Q  He was taking your pharmacology course?
2  A  I think so. I don't remember him sitting there, but he
3     was in the class. So yeah, I was doing all these
4     things at that time, I was associate dean of basic
5     science and teaching.
6  Q  Did you have any interactions with him outside of the
7     classroom during the -- let's -- he was there for three
8     semesters starting in January of '06, during that first
9     semester, do you remember any interaction outside of
10    the classroom, did he come meet with you, talk about
11    subject matter?
12 A  I would bet if my life depended on it that Bryan and I
13    talked in the parking lot many times. I don't know if
14    he remembers that. If that's what you mean outside the
15    classroom of him coming into my office, so the answer
16    to your question is, probably. I don't remember. I
17    talked with all my students almost -- at least weekly
18    if not daily.
19 Q  All right. Leaving out say the casual hellos, are we
20    talking about substantive conversations about school at
21    least once a week?
22 A  Give you some of the processes.
23 Q  That would be great.
24        MR. LAPP: I think the question was whether
25    you remembered having substantive conversations with

Page 39

1     Bryan that first semester.
2        THE DEPONENT: Yes.
3        MR. LAPP: Okay.
4  Q  (By Ms. Goodwin) What do you remember?
5  A  The one substantive one I remember is at midterms.
6     Every student who is failing a course in the middle of
7     every term I met with one on one.
8  Q  Okay. What can you tell me about that meeting?
9  A  Nothing much specific. I can tell you what my normal
10    routine was.
11 Q  Okay.
12 A  Bryan was failing both pharmacology and pathology at
13    the midterm first semester. Not only failing it, but
14    failing it badly. He had already seen student affairs
15    I think twice at that point. His first exam in
16    pathology I think was 44, and maybe slightly better
17    than that in the other course, but I may have those
18    backwards.
19       But so my usual routine was to say Bryan, how can
20    I help you. I mean, what can we do to improve your
21    study technique, what are you doing that we can change
22    or what are you doing. How are you approaching these
23    subjects.
24       He was taking genetics, which is a -- as a
25    personal statement, that's tougher for me than

Page 40

1     pharmacology. He was passing genetics, not by much,
2     but he did pass it. Patient/Doctor 4, he passed. I
3     don't remember the grade. Bryan tended to pass things
4     in the 70s, but he passed.
5        So while he's passing those two things, he's
6     failing the two very important basic subjects, if
7     you're looking at getting your boards, path and pharm.
8     So I would have discussed that with him and asked him
9     what we could do to change his study approach to those
10    subjects to help him.
11       Probably also, I don't remember the date, I have
12    it somewhere in my files I suppose, but at St.
13    Matthew's, one of the other things I routinely did is I
14    looked to see -- there was always a cutoff date beyond
15    which you were not allowed to drop a course.
16       So I'm not -- I can't remember where our meeting
17    was relative to that, you have to either pass or drop
18    it, or you'll get -- it's up to you if you want to get
19    an F or W. Personally, I'd go for the W.
20       I mean that would be -- if mathematically, you
21    need to get 105 on the next two tests, I think maybe --
22    but it's up to you. So that's my general approach at
23    the midterm, and I did that with every student who was
24    failing any course in the middle of every term.
25 Q  Do you remember any specific advice that you might have

Page 41

1     given Bryan at the time? That you did give Bryan at
2     the time?
3  A  Other than what I just said, no.
4  Q  Okay. Was there an academic remediation program at St.
5     Matthew's while you were there?
6  A  What do you mean by that? That's not a word I like.
7     Remediation. Academic remediation, I don't know.
8  Q  Okay. Just so we're both talking about the same thing,
9     certainly don't need that, Daryl, but --
10       MR. LAPP: I don't need my own copy.
11       MS. GOODWIN: All right.
12    (Pringle Deposition Exhibit Number 1 was marked for
13    identification.)
14 Q  (By Ms. Goodwin) I'm going to give you the official
15    one. Do you recognize what's been marked as Exhibit 1?
16 A  Sorry?
17 Q  Do you recognize that?
18 A  Apparently, yes. I mean yes, the student handbook,
19    sure.
20 Q  I want to ask you to turn to Page 28?
21 A  Let me read it.
22 Q  There's a heading of academic remediation, just take a
23    look?
24 A  Okay.
25 Q  Do you know if -- well, was that program of academic

## Page 50

```
 1        from St. Matthew's?
 2   A    How many -- what percentage of students flunked?
 3   Q    Yes.
 4   A    Out of school?
 5   Q    Let's go with basic sciences, who flunked out during
 6        those first four semesters?
 7   A    I don't know to be honest with you. I could guess, but
 8        I don't know.
 9              MR. LAPP: No, we don't guess.
10   Q    (By Ms. Goodwin) Were you ever -- is there a decision
11        process with regard to academic dismissal or is it -- I
12        guess I'm asking, is it an automatic function, or is
13        there a decision that needs to be made?
14   A    There's a decision -- a student has made the decision
15        by how they do in the course. We just submit the
16        grades to the registrar who is in Orlando at that time.
17        She then would let the dean know who failed and who
18        didn't. That's as far as I know.
19   Q    You say the dean, do you mean --
20   A    Dr. Nasser.
21   Q    Okay. Could Dr. Nasser make a decision not to have a
22        student be academically dismissed? Poor grammar,
23        but --
24   A    Could he, I don't know. Maybe. I don't know.
25   Q    Are you aware of him --
```

## Page 51

```
 1   A    No.
 2   Q    -- ever doing so?
 3   A    No, I don't. I'm not.
 4   Q    You mentioned earlier the academic grievance committee
 5        and the process for appealing?
 6   A    Uh-huh.
 7   Q    Would that same process be used to appeal an academic
 8        dismissal, if you know?
 9   A    Yes. Yes. I think so.
10   Q    Are you aware of anybody ever using it to appeal an
11        academic dismissal?
12   A    Someone who failed out, flunked out and then used that
13        to see if they could get back in?
14   Q    Yes.
15   A    I'm not -- I don't recall anyone doing that.
16   Q    Do you recall anyone who had been academically
17        dismissed who was then readmitted to St. Matthew's?
18   A    At what time? Immediately? Or after they've gone away
19        and then come back?
20   Q    Either.
21   A    Well, yes.
22   Q    How many?
23   A    A few.
24   Q    Any of them immediate?
25   A    Any what?
```

## Page 52

```
 1   Q    Were any of them readmitted immediately?
 2   A    No, not to my knowledge. You mean without going away
 3        and then coming back and starting over?
 4   Q    Right.
 5   A    Not to my knowledge.
 6   Q    Were you involved in writing the student handbook?
 7   A    No.
 8   Q    How about the Maine campus manual?
 9   A    Maine campus manual, yeah. I would have had input on
10        that.
11   Q    Would you have written it or just had input?
12   A    Just input as a team effort.
13   Q    Who else was on the team?
14   A    I don't remember to be honest.
15   Q    Okay.
16              MS. GOODWIN: I need a quick break if that's
17        okay.
18              MR. LAPP: Of course.
19   (Recess at 10:21 a.m., to 10:28 a.m., after which the
20   following proceedings transpired.)
21   Q    (By Ms. Goodwin) Are there any other specific
22        discussions with Bryan about his progress at St.
23        Matthew's that you remember that you haven't told me
24        about?
25   A    I have no secrets, but can I remember is the question.
```

## Page 53

```
 1        Bryan would have a better recollection of that to me.
 2        That's not my position to say that, but I've met with
 3        my students as I've already said regularly, especially
 4        those that I was worried about. And so --
 5              MR. LAPP: She's just asking if you
 6        remembered any specific conversation, if you don't,
 7        that's fine, if you do --
 8              THE DEPONENT: Let me think about it a
 9        second.
10   Q    (By Ms. Goodwin) Okay.
11   A    I don't. I don't remember any. Doesn't mean I didn't,
12        but I don't remember any other specific.
13   Q    Fair enough. If I start talking about the California
14        report, and the SMU rebuttal, you know what I'm talking
15        about?
16   A    Yes.
17   Q    Okay. Were you involved in St. Matthew's decision to
18        seek approval from the state of California?
19   A    No. Let me -- you're asking me, am I one of the people
20        who decided we should go for California?
21   Q    Right.
22   A    No.
23   Q    Do you know if SMU had been approved -- at the time
24        they decided to go for California, were they approved
25        in any other states?
```

Page 54

1  A  I believe we'd already been approved or were soon to be
2     approved by New York. Florida approved somewhere in
3     there, somewhere in that time frame. That would be the
4     only other two that I know.
5  Q  California sent some people for a site visit to the
6     Maine campus?
7  A  Yes.
8  Q  Were you involved with their site visit?
9  A  Yes.
10 Q  Tell me about it?
11 A  Just generally?
12 Q  How you were involved, your interactions?
13 A  I was the host as the associate dean for the
14    accreditation committee. That was made up of three
15    people. Dr. Simon who is an endocrinologist, retired
16    from the University of California at San Diego. And a
17    lawyer for the state of California Medical Association.
18    And a lady named Hadnot was her last name, who was part
19    of that association.
20       Those three people came, and what we did routinely
21    with New York or Florida, whoever was looking at us for
22    accreditation, we would meet first on our campus with
23    all of the -- a representative from every division. So
24    if they had specific questions about pharmacology, they
25    would ask me. Pathology, Dr. Wilhoite or Dr. Pusch.

Page 55

1  And on and on. So the first thing was that, including
2  student affairs.
3     Then we essentially appraised them of our academic
4  program. They would go to a class. They went out to
5  the Foundation for Blood Research which is in
6  Scarborough out here where we had a lab. They have a
7  lab, and we were invited to use that as part of our
8  teaching process, it's a world renowned research lab.
9  It really is, I'm not just saying that because I was
10 there.
11    And we went to Maine Medical Center, introduced
12 them to the Chief of Medicine, Dr. Peter Bates at Maine
13 Medical. Went to -- at the end we went to St. Joseph's
14 and met Dr. Nesbitt who was head of the graduate
15 education department at St. Joe's at that time. That's
16 essentially what we do.
17    We demonstrated -- then at the end, somewhere in
18 there they met with students that they picked. I think
19 it was Dr. Simon or one of those ladies that walked out
20 in the parking lot and just picked students at random
21 between classes and said come in, have a seat. And so
22 they couldn't accuse me of hand picking the people that
23 are going to say nice things because I said to them,
24 find your own, and they left and did. So that was the
25 process.

Page 56

1  Q  How long were they there?
2  A  Two days I remember. Pretty sure it was two days.
3  Q  Did you go -- as the host, did you go with them when
4     they went to the various locations?
5  A  Yes.
6  Q  Did they ask you questions?
7  A  Yes.
8  Q  List every one -- no, just kidding.
9         MR. LAPP: That was a great answer.
10        THE DEPONENT: Did I get the answers right, I
11 don't know. They asked me questions.
12        MS. GOODWIN: Just so you have them in front
13 of you.
14 (Pringle Deposition Exhibit Numbers 4 and 5 were marked
15 for identification.)
16 Q  (By Ms. Goodwin) I'm going to ask you to take a look
17    at what has been marked as Exhibit 4 and Exhibit 5, and
18    tell me if you recognize them?
19 A  No on that one.
20        MR. LAPP: Referring to Number 4.
21        THE DEPONENT: No on 5. I've never seen
22 either of these before.
23 Q  (By Ms. Goodwin) Okay.
24 A  Maybe. Okay.
25 Q  Okay. Well, I am going -- what I want to do is talk

Page 57

1  about some of the specific findings made in the
2  California report, which I will represent to you is
3  Exhibit 5, and just to find out your thoughts on their
4  findings specifically with regard to the Maine campus.
5     All right. One of the findings of the California
6  report was that the Maine facility had a small
7  microbiology lab?
8  A  Sorry, I missed --
9  Q  California found that the Maine campus had a small
10    microbiology lab, is that -- in your opinion, is that
11    true or false?
12 A  We didn't have any microbiology lab. We don't need a
13    microbiology lab.
14 Q  Okay.
15 A  I don't -- anyway. So no, I don't know what that's all
16    about.
17 Q  You said there's a lab in the main building; right?
18 A  The lab we used was the Foundation for Blood Research
19    which was in Scarborough, which we had to drive --
20    students had to drive out there. That was not
21    microbiology. It was an immunology lab where we taught
22    them electrophoresis and the techniques for
23    chromatography and some population genetics, but it was
24    not what I would define as a microbiology effort.
25    Microbiology was a third semester course down in

Page 62

```
 1   chief complaints, so forth, then you walk in and that
 2   real person is Mr. DT. And you have to get a history
 3   from him or her and do a physical.
 4        So that was every week in the fifth semester also.
 5   So that might be thought of as a lab. But basic
 6   science labs is only that one in fourth semester.
 7 Q Okay. Did you assist Daryl and/or Gail in answering
 8   interrogatories in this case, a set of written
 9   questions?
10 A Say that -- I don't -- did she write me any questions?
11        MR. LAPP: There's a set of written
12   interrogatory answers.
13        MS. GOODWIN: I don't have them.
14        MR. LAPP: We served in the case.
15        THE DEPONENT: No.
16        MR. LAPP: I don't think you were involved.
17        MS. GOODWIN: I just didn't remember whether
18   he was on the list. I don't have it in front of me.
19        THE DEPONENT: I don't know what you're
20   talking about.
21        MS. GOODWIN: Fair enough.
22        MR. LAPP: Okay.
23        MS. GOODWIN: I think I'm done, give me two
24   minutes.
25   (Recess at 10:47 a.m., to 10:51 a.m., after which the
```

Page 63

```
 1   following proceedings transpired.)
 2 Q (By Ms. Goodwin) Were you aware that Bryan was a
 3   teaching assistant in Patient/Doctor 4?
 4 A Yes.
 5 Q Were you involved at all in the selection of teaching
 6   assistants?
 7 A No.
 8 Q Were there any specific requirements that a student had
 9   to meet to be a teaching assistant?
10 A Had to pass the course.
11 Q That's it?
12 A And had a need for money. So I mean a student came and
13   said, is there any way I can -- you know, is there any
14   job around here I can do, and they'd passed the course
15   and the teacher needed a TA, that was natural. No more
16   rigorous than that.
17 Q Okay.
18        MS. GOODWIN: Those were my questions.
19        MR. LAPP: Okay. We're all set.
20   (At 10:52 a.m., the foregoing proceedings were
21   concluded.)
22             - - - - -
```

Page 64

```
                    JAMES PRINGLE

   Subscribed and sworn to before me
   this _____ day of _____, 2008.


   _____
   Notary Public
```

Page 65

```
                    CERTIFICATE
        I, Cindy Packard, a Notary Public in and for
   the State of Maine, hereby certify that the
   within-named deponent was sworn to testify the truth,
   the whole truth, and nothing but the truth in the
   aforementioned cause of action.
        I further certify that this deposition was
   stenographically reported by me and later reduced to
   print through Computer-Aided Transcription, and the
   foregoing is a full and true record of the testimony
   given by the deponent.
        I further certify that I am a disinterested
   person in the event or outcome of the above-named cause
   of action.
        IN WITNESS WHEREOF I subscribe my hand
   this _____ of _____, 2008.
   Dated at Falmouth, Maine.


                        _____
                              Notary Public
   My Commission Expires
   November 9, 2008
```