Exhibit F

(California Report, Relevant Excerpts)

State of California                                Department of Consumer Affairs
                                                   Medical Board of California

# Memorandum

**Agenda Item 8**

To      :   Members, Division of Licensing          Date:   January 24, 2005

From    :   Joyce E. Hadnot
            Chief, Licensing Program

Subject :   **Report on the Site Visit to St. Matthew's University School of Medicine,
            Grand Cayman**

Attached for your review is the report prepared by the team that conducted site inspections to three facilities of St. Matthew's University School of Medicine in May and June 2004.

As the members will recall, Hurricane Ivan damaged St. Matthew's Grand Cayman campus on September 12, 2004, necessitating the relocation of the school's basic sciences program to temporary facilities in Portland, Maine. At that time, St. Matthew's officials hoped to return to Grand Cayman for the Spring semester in January 2005. After it became clear that the island's infrastructure would not be repaired that quickly, St. Matthew's officials announced in November that the return to Grand Cayman would be postponed until the Summer semester beginning in May 2005.

As reported to you during your November 5, 2004 meeting, Dr. Thornton declined any suggestion to withdraw St. Matthew's application and reapply after all repairs to the campus have been completed. Consequently, the site inspection team proceeded to complete its report. In compliance with Section 1314.1 (e)(3) of Title 16, California Code of Regulations, staff forwarded a copy of the team's report to St. Matthew's officials. This subsection of the International Medical Schools regulation allows the institution 60 days in which to review the report and notify staff of any errors of fact or erroneous findings. The report arrived at St. Matthew's Florida office on December 17, 2004. They have until February 14, 2005 to notify staff of any factual errors in the team's report. As this deadline is four days before your February 18, 2005 meeting, staff is providing the attached report in its present form. If staff receives a response from St. Matthew's officials before your meeting and if time permits, staff will make all appropriate corrections to the report and provide you with a revised copy.

Dr. Harold Simon, Medical Consultant, expects to attend the meeting on February 18, 2005. He and the other team members will be available to answer any questions you may have concerning the team's report and recommendations. Staff will forward the meeting agenda to St. Matthew's officials, in the event they would like to send a representative to the meeting.

Memorandum to Members, Division of Licensing
January 24, 2005
Page 2

Please review the team's report carefully and consider the options available at this stage of your review of St. Matthew's University's application:

1. Adopt the team's report and issue an order disapproving St. Matthew's University. St. Matthew's officials would have the option to reapply after they have substantially remedied the deficiencies noted in the Division's report.

2. Take no action at this time.

If you have any questions concerning this memorandum before February 18, 2005, please contact me at (916) 263-1080. Thank you.

Attachment

-- DRAFT --

December 15, 2004

To: Division of Licensing
Medical Board of California

From: The Site Team

        Harold J. Simon, M.D., Ph.D., Consultant
        Richard Fantozzi, M.D., Member
        Joyce Hadnot, Deputy Director
        Anita Scuri, Legal Advisor
        Martin Pops, M.D. (Chicago Site Visit)

Subject: Report on Site Visits to St. Matthew's University School of Medicine, Its Branch Campus in Windham, Maine, and Teaching Hospitals Offering Clerkships to Its Students

**Introduction**

A survey of the St. Matthew's University School of Medicine ("SMUSOM") campus in Windham, Maine was conducted on May 11 and 12, 2004 by a team representing the Division of Licensing of the Medical Board of California ("Division"). A team also visited four teaching hospitals offering clerkships to SMUSOM students on May 24-25, 2004 in Chicago, Illinois. Thereafter, the site team conducted a survey of the principal campus on Grand Cayman, British West Indies, on June 17 and 18, 2004.

The purpose of the site visits was to determine whether the school provides an educational program that is equivalent to the requirements of Business and Professions Code Sections 2089 and 2089.5 and meets the requirements of Title 16 Cal. Code Regs. sections 1314.1. The team members were Richard Fantozzi, M.D., division member, Joyce Hadnot, Deputy Director of the MBC, Anita Scuri, Legal Counsel from the Department of Consumer Affairs, and Harold Simon, M.D., licensing consultant. Martin Pops, M.D., Ms. Hadnot, and Ms. Scuri conducted the site visit to four teaching hospitals in the Chicago, Illinois

This report consists of three consolidated reports on the principal campus on Grand Cayman, the Windham, Maine branch campus, and four teaching hospitals in and near Chicago, Illinois that offer clerkships to SMUSOM students, together with a recommendation from the site team.