Exhibit H
(Thornton Emails)

# Bryan Repetto

**From:** Dr. Jerry Thornton [jthornton@smucayman.com]
**Sent:** Tuesday, May 30, 2006 11:38 AM
**To:** 'Bryan Repetto'
**Subject:** RE: Licensure Question

As you know it is now one and a half years since California issued the denial status. We have two attorney groups in California advising us on this matter. Currently the advise suggests that we approach them regarding a review at the end of two years. California has not responded to any requests for information about the "next step". We, of course, do not believe that the site visit was unbiased and the deficiencies noted in their report were either false or inaccurate. However, it is their state and they do have a charge of ensuring the public that any medical graduate coming into the state would not put them at risk.

However, in the Summer of 2004 the Board in California changed another of their rules. The rule change changed the language "a graduate is eligible to participate in a residency as long as the school from which they graduated was approved by California by the time that they graduated" to "a graduate must have taken every course credit in an California approved school".

By this change they wiped out the possibility of any graduate who has completed even one credit in a non approved school of ever practicing in California. California does not accept licenses from other states. It is a very bad and very discriminating rule. California has made it publicly clear that they wish to rid itself from any graduates from any Caribbean school.

We will not give up and will continue to pursue this approval.

Jerry W. Thornton, Ph.D.
President
St. Matthew's University
School of Medicine
School of Veterinary Medicine
Grand Cayman
800-498-9700
Fax 407-977-9346

---

**From:** Bryan Repetto [mailto:brepetto@smucayman.com]
**Sent:** Saturday, May 27, 2006 7:27 PM
**To:** 'Jerry Thornton'
**Subject:** RE: Licensure Question

Hello Dr. Thornton,

Have there been any developments in SMU's attempt to gain California approval? When is SMU planning to have the team from Harvard visit? Is the intention of the Harvard team's report to counteract the findings of the California Medical Board? Would such a report be enough (at least in theory) for the California Medical Board to grant SMU approval as the team from Harvard is unaffiliated with the Medical Board? Is SMU interested in receiving approval only for future classes, or is SMU also seeking retroactive approval (this is an area I am particularly interested in)? As I am from California, I definitely want the option of practicing there, although due to competition for residency positions and the high cost of living, I have always seen myself completing residency in another state so I am in no hurry, and I have complete confidence in the education I am receiving at SMU and I have no desire to repeat all course work I have completed to this point. Is SMU considering lobbying to change the law in California to allow for another pathway for licensure (such as applying for licensure through endorsement, or applying after completion of an ACGME approved residency)? Being a registered voter in California, I am definitely willing to assist SMU in any way possible including writing to and meeting with my state

1/29/2007



BR 00393

senator, assembly member, and other elected officials.

Thank you for your time and candor.

Most sincerely,

Bryan E. Repetto

---

**From:** Jerry Thornton [mailto:jthornton@smucayman.com]
**Sent:** Thursday, March 09, 2006 11:44 AM
**To:** 'Bryan Repetto'
**Subject:** RE: Licensure Question

Hello Bryan

Certainly we remain concerned about approval in California. We continue to work on this on a daily basis and have two legal California teams advising us. California's current board rule states that all graduates of an approved school must have completed all of their education in the school that was approved from the beginning. Certainly we don't agree with this but it is law so that even if they later review us and approve us we would have no control over this matter. The only other states which have given us difficulty because of California has been Texas and Indiana. Texas is in the process of changing this and is likely going to allow any state licensed and certified physician to move their license into Texas regardless of the University they attended. However, when and if California ever takes such a rational approach is not known. I truly believe that the Texas approach is the most reasonable and rational. That said, I have never seen California to be either reasonable or rational. I wish I had better information but that is the state of the art for the moment. We continue to work toward that end.
Dr. Thornton

Jerry W. Thornton, Ph.D.
President
St. Matthew's University
School of Medicine
School of Veterinary Medicine
Grand Cayman
800-498-9700
Fax 407-977-9346

-----Original Message-----
**From:** Bryan Repetto [mailto:brepetto@smucayman.com]
**Sent:** Wednesday, March 08, 2006 10:06 PM
**To:** 'Jerry Thornton'
**Subject:** RE: Licensure Question

Dr. Thornton,

Thank you for your forthcoming reply. I appreciate your response.

In reading the report made by the California Medical Board, SMU's rebuttal, and the Business and Professions Code of California, I agree that SMU was not fairly evaluated. Is SMU attempting to have the final outcome of this situation be retroactive to include my class (I started at SMU in January of 2005)?

Finally, have any SMU graduates experienced any licensing difficulties in any other states as a result of the decision of the California Medical Board?

Thank you again for your time.

Bryan E. Repetto

1/29/2007

BR 00394

**From:** Jerry Thornton [mailto:jthornton@smucayman.com]
**Sent:** Wednesday, March 08, 2006 8:40 PM
**To:** 'Bryan Repetto'
**Subject:** RE: Licensure Question

Hello Bryan

Yes we are still working on the California approval process. It is a most confusing situation and our next move is to invite Harvard administrative personnel down to SMU to review us and to report to California. We feel we were not fairly evaluated and wish another review. We are trying to stay out of court and looking for a more amicable resolution. As developments occur we will keep students informed.
Dr. Thornton

---

**From:** Bryan Repetto [mailto:brepetto@smucayman.com]
**Sent:** Sunday, March 05, 2006 9:46 PM
**To:** jthornton@smucayman.com
**Subject:** Licensure Question

Dr. Thornton,

I am currently a fourth semester student in Maine. I am also from California. I was wondering what, if anything, St. Matthew's University is doing in regards to the California Medical Board's decision to deny SMU approval. I would be perfectly content practicing medicine in another state, and I do believe SMU provides a solid medical education, but it has now been over a year since the California Medical Board made its decision and I am not aware of any actions taken by SMU. Is SMU attempting to have a court overturn the medical board's decision? Is SMU making any attempt for current students to be included in any favorable decision by the medical board? Lastly, are you aware of any license applications from SMU students in other states that have been decision adversely impacted due to the California Medical Board's decision?

I am still a California resident and I do return to California frequently during semester breaks. I am willing to assist SMU in legislative lobbying activities if that is a course of action SMU decides to take.

Thank you for your time. I look forward to your response.

Most sincerely,

Bryan E. Repetto

1/29/2007

BR 00395