Exhibit J

(Affidavit of J. Marvin)

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ST. MATTHEW'S UNIVERSITY, INC., and )<br>ST. MATTHEW'S UNIVERSITY (CAYMAN) LTD. )<br>)<br>Defendants. ) | Civil Action No. 08-CV-101 |

### AFFIDAVIT OF JOHN MARVIN

I, John Marvin, state as follows:

1. I am the Chancellor of St. Matthew's University School of Medicine ("SMU"). I have personal knowledge of the matters set forth herein, either as a result of my direct knowledge or as a result of reviewing documents made and kept by SMU.

2. SMU is owned by St. Matthew's University (Cayman) Ltd. ("SMU Cayman").

3. SMU Cayman is a subsidiary of St. Matthew's University, Inc. ("SMU, Inc.").

4. The foregoing statements are true to the best of my knowledge and belief.

Subscribed and sworn to under the pains and penalties of perjury.

_____
John Marvin

October 20, 2008