UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| BRYAN REPETTO, )<br>)<br>      Plaintiff )<br>)<br>  v. )<br>)<br>ST. MATTHEW'S UNIVERSITY, INC. and )<br>ST. MATTHEWS' UNIVERSITY (CAYMAN), )<br>LTD., )<br>)<br>      Defendants ) | Civil Action No. 08-CV-101 |

### STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that this matter has been resolved, and that Plaintiff's Amended Complaint in the above-captioned action is dismissed with prejudice and without costs, at Plaintiff's request.

Dated:  December 5, 2008

/s/ Barbara L. Goodwin
Counsel for Plaintiff Bryan Repetto
bgoodwin@mpmlaw.com

MURRAY, PLUMB & MURRAY
75 Pearl Street, PO Box 9785
Portland, ME  04104-5085
(207) 773-5651

/s/ Gail E. Cornwall
Counsel for Defendants,
St. Matthews University, Inc. and
St. Matthews University (Cayman) Ltd.
gcornwall@eapd.com

EDWARDS ANGELL PALMER & DODGE, LLP
111 Huntington Avenue
Boston, MA  02199-7613
(617) 239-0100

CERTIFICATE OF SERVICE

I, Barbara L. Goodwin, Esq., hereby certify that on December 5, 2008, I electronically filed the STIPULATION OF DISMISSAL OF COUNT VI OF PLAINTIFF'S AMENDED COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Notification by ECF:	Gail E. Cornwall, Esq.
gcornwall@eapdlaw.com

Daryl J. Lapp, Esq.
dlapp@eapdlaw.com

Dated: December 5, 2008

/s/ Barbara L. Goodwin
Counsel for Plaintiff Bryan Repetto
bgoodwin@mpmlaw.com

MURRAY, PLUMB & MURRAY
75 Pearl Street, PO Box 9785
Portland, ME  04104-5085
(207) 773-5651